**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JONATHAN WAYNE RALSTON**                                                    **PLAINTIFF**

**V.**                                          **CASE NO. 5:24-CV-5076**

**SHERIFF JAY CANTRELL,
Washington County, Arkansas**                                        **DEFENDANT**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 83) filed in this case on July 17, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendant Sheriff Jay Cantrell's Motion for Summary Judgment (Doc. 64) is **GRANTED**, Plaintiff Jonathan Wayne Ralston's Motion for Summary Judgment (Doc. 82) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**. Judgment shall enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 10th day of August, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE